UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Bridgett M Moss<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 25-19661<br><br>Chapter: 13<br>Honorable Nancy A. Peterman |

**Order Dismissing Case for Failure to Make Plan Payments**

This matter coming before the court on the trustee's motion to dismiss for failure to make plan payments, adequate notice having been been given, and the court being advised, IT IS HEREBY ORDERED THAT:

1. The motion is granted. The case is dismissed for material default pursuant to 11 U.S.C. Section 1307 [c][6].

Enter:

Honorable Nancy A. Peterman
United States Bankruptcy Judge

Dated: October 20, 2026

**Prepared by counsel of Movant:**

Office of the Chapter 13 Trustee

Marilyn O. Marshall

Suite 800

224 South Michigan Avenue

Chicago, IL 60604-2500

(312) 431-1300